UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM CRENSHAW,

                Plaintiff,

                                                <u>DECISION AND ORDER</u>

                                                09-CV-6138L

                v.

MICHAEL GREEN, et al.,

                Defendants.
_____

      Plaintiff William Crenshaw's motion (Dkt. #10) is in all respects denied.  This case was closed four years ago and plaintiff's appeal was dismissed by the Second Circuit Court of Appeals.  There is no procedural or legal basis for any of the "relief" requested in this motion.

      IT IS SO ORDERED.

                                                _____
                                                    DAVID G. LARIMER
                                               United States District Judge

Dated: Rochester, New York
       March 25, 2013.